IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-00571-PAB

MARISELA ANDRADE DE ZARATE,

 Petitioner,

v.

JOHNNY CHOATE, in his official capacity as warden of the Aurora Contract Detention Facility,
ERNESTO SANTACRUZ, in his official capacity as Field Office Director, Denver, U.S. Immigration & Customs Enforcement,
ALEJANDRO MAYORKAS, in his official capacity as Secretary, U.S. Department of Homeland Security,
TAE D. JOHNSON, in his official capacity as Acting Director of Immigration & Customs Enforcement, and
MERRICK GARLAND, in his official capacity as Attorney General, U.S. Department of Justice,

 Respondents.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [Docket No. 12] of Chief Judge Philip A. Brimmer, entered on March 20, 2023, it is

ORDERED that petitioner Marisela Andrade de Zarate's Petition for a Writ of Habeas Corpus [Docket No. 1] is GRANTED in part and DENIED in part. It is further

ORDERED that respondents shall hold an individualized bond hearing before an impartial immigration judge within ten days to determine whether Ms. Andrade should be released on conditions. It is further

ORDERED that, pursuant to D.C.COLO.LCivR 7.1(d), which requires that motions be filed as separate documents, and D.C.COLO.LCivR 54.3, which requires that a motion for attorney fees be supported by an affidavit, Ms. Andrade's request for attorney fees is DENIED without prejudice and petitioner may choose to file a motion for attorney fees that complies with the applicable rules.  It is further

ORDERED that Petitioner's Motion for a Temporary Restraining Order [Docket No. 2] is DENIED as moot.  It is further

ORDERED that the case is closed.

Dated at Denver, Colorado this 21st day of March, 2023.

                                                  FOR THE COURT:

                                                  Jeffrey P. Colwell, Clerk

                                                  By s/C. Pearson
                                                        Deputy Clerk